Steven B. Weisburd (171490)
CARLTON FIELDS, LLP
2000 Avenue of the Stars, Suite 530N
Los Angeles, CA 90067-4707
Telephone:  (310) 843-6300
Facsimile:   (310) 843-6301
*sweisburd@carltonfields.com*

Markham R. Leventhal (*Pro Hac Vice*)
CARLTON FIELDS, P.A.
1025 Thomas Jefferson Street NW, Suite 400 West
Washington, DC  20007-5208
*mleventhal@carltonfields.com*

Julianna Thomas McCabe (*Pro Hac Vice*)
Michael N. Wolgin (*Pro Hac Vice*)
CARLTON FIELDS, P.A.
2 Miami Central, Suite 1200
700 NW 1st Avenue
Miami, Florida  33136
*jtmccabe@carltonfields.com*
*mwolgin@carltonfields.com*

Attorneys for Defendants and Counterclaimants
Travelex Insurance Services Inc. and Berkshire Hathaway Specialty Insurance Co.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DONNA HAAS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELEX INSURANCE SERVICES INC., BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06171-ODW-PLA<br><br>Assigned to the Honorable Otis D. Wright, II, Dept. 5D<br><br>**DECLARATION OF DEAN SIVLEY IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S RESPONSE TO JULY 15, 2021 ORDER TO SHOW CAUSE**<br><br>Complaint filed:       July 10, 2020<br>Pretrial Conference:  March 7, 2022<br>Trial Date:            March 29, 2022 |

I, Dean Sivley hereby declare as follows:

1. I am President of Berkshire Hathaway Travel Protection at Berkshire Hathaway Specialty Insurance Company ("BHSIC") and make this declaration in support of Plaintiff's Application For Leave To File Under Seal Portions Of Plaintiff's Response To July 15, 2021 Order To Show Cause (Docket Entry No. 50) (the "Application to Seal").

2. I have personal knowledge of the facts set forth in this Declaration, and if called and sworn as a witness before this Court, I could and would competently testify as set forth herein.

3. I am familiar with the data related to BHSIC's insureds, insurance premiums, and claims experience at issue in the Application to Seal (the "Insured and Financial Information"). This data includes an analysis of the number of insureds covered under BHSIC's travel insurance policies with travel dates over a specified date range, and the gross insurance premium associated with those policies. It also includes data for a subset of these insureds who filed trip cancellation claims, including the number of claims and the gross premium associated with the underlying insurance policies.

4. Except in the case of any required regulatory or financial disclosures, BHSIC follows a practice that affords confidential treatment of its data and analyses (and those of its insureds and claimants) related to its insureds, claimants, and financial data, including queries of its policies sold, insurance premiums, and claims experience. This data is "raw" sensitive business information that is not generally available to the public in this form.

5. The confidentiality of insured and financial data is important to BHSIC and its business partners, including Travelex Insurance Services, Inc. ("TIS"). In particular, the disclosure of the Insured and Financial Information would harm the competitive standing of BHSIC and TIS by releasing a targeted snapshot of BHSIC's raw financial data and proprietary business information to

competitors in the travel insurance industry.  This information could be used to compete with BHSIC and TIS and/or to derive other proprietary information related to BHSIC and TIS's confidential business information, including pricing and sales calculations, information related to claimants, and financial performance.

6.      Due to the above concerns, compelling reasons and good cause exist for sealing the Insured and Financial Information from the public record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2021 at Philadelphia, PA.

/s/ _____
Dean Sivley