1  Steven B. Weisburd (171490)
2  CARLTON FIELDS, LLP
   2029 Century Park East, Suite 1200
3  Los Angeles, CA 90067-2913
   Telephone:  (310) 843-6300
4  Facsimile:   (310) 843-6301
5  *sweisburd@carltonfields.com*

6  Markham R. Leventhal (*Pro Hac Vice*)
   CARLTON FIELDS, P.A.
7  1025 Thomas Jefferson Street NW, Suite 400 West
8  Washington, DC  20007-5208
   *mleventhal@carltonfields.com*
9
10 Michael N. Wolgin (*Pro Hac Vice*)
   CARLTON FIELDS, P.A.
11 2 Miami Central, 700 NW 1st Avenue, Suite 1200
   Miami, Florida  33136
12 *mwolgin@carltonfields.com*

13 Attorneys for Defendants TRAVELEX INSURANCE SERVICES INC. and
14 BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY

15 **UNITED STATES DISTRICT COURT**
16 **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DONNA HAAS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELEX INSURANCE SERVICES INC., BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06171-PSG-PLA<br><br>Assigned to the Honorable<br>Philip S. Gutierrez, Dept. 6A<br><br>**NOTICE OF SATISFACTION OF COSTS AWARD** |

Defendants Berkshire Hathaway Specialty Insurance Company ("BHSIC") and Travelex Insurance Services, Inc. ("Travelex") (collectively, "Defendants") hereby acknowledge satisfaction of the bill of costs awarded to Defendants in the amount of $5,874.68, as taxed against Plaintiff on September 5, 2023 (Dkt. 124).

Full and complete satisfaction of these costs is hereby acknowledged, and Defendants represent and state that they have no additional claim to costs in this matter.

Dated: December 6, 2023

CARLTON FIELDS, LLP

By: /s/ *Markham R. Leventhal*
    Markham R. Leventhal
    Michael N. Wolgin
    Steven B. Weisburd

Attorneys for Defendants and Counterclaimants TRAVELEX INSURANCE SERVICES INC. and BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY

## PROOF OF SERVICE

I am a resident of, or employed in, the County of Miami-Dade, Florida. I am over the age of 18 and not a party to this action. My business address is: Carlton Fields, P.A., 2 Miami Central, Suite 1200, 700 NW 1st Avenue, Miami, FL 33136. On **December 6, 2023,** I served the following listed document(s), by method indicated below, on the parties in this action:

## NOTICE OF SATISFACTION OF COSTS AWARD

*SEE ATTACHED SERVICE LIST*

☐ **BY U.S. MAIL**
By placing ☐ the original / ☐ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at 2029 Century Park East, Suite 1200, Los Angeles, CA 90067-2913, following ordinary business practices. I am readily familiar with Carlton Fields, LLP's practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☒ **BY ELECTRONIC SERVICE by** uploading the document listed above to the Court's Electronic Filing Service Provider for e-service to the email address(es) set forth on the attached service list. To my knowledge, the e-service was reported as complete and without error. See Cal. R. Ct. R. 2.251 and CCP § 1010.6.

☐ **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents. **Note**: Federal Court requirement: service by overnight delivery was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

☐ **BY EMAIL**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error. Service by email was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order. *See* Cal. R. Ct. R. 2.260.

I declare under penalty of perjury under the laws of the State of Florida and the United States of America that the above is true and correct. Executed on December 6, 2023 at Miami, Florida.

| Michael N. Wolgin | /s/ *Michael N. Wolgin* |
|---|---|
| Type or Print Name | Signature |

## SERVICE LIST

| | |
|---|---|
| Zev B. Zysman, Esq.<br>LAW OFFICES OF ZEV B. ZYSMAN<br>15760 Ventura Blvd., 16th Floor<br>Encino, CA  91436<br><br>Tel: (818) 783-8836<br>Fax: (818) 783-9985<br><br>zev@zysmanlawca.com | *Attorney for Plaintiff Donna Haas* |
| Jordan L. Lurie, Esq.<br>Ari Y. Basser, Esq.<br>POMERANTZ LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA  90024<br><br>Tel: (310) 432-8492<br><br>jllurie@pomlaw.com<br>abasser@pomlaw.com | *Attorney for Plaintiff Donna Haas* |

134643391